**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Steven Christopher Brenkert and Dawn Maria Brenkert<br>         <u>Debtor(s)</u> | CHAPTER 13<br><br>BKY. NO. 13-13598 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1371

                                     Respectfully submitted,

                                     **<u>/s/Thomas Puleo, Esquire</u>**
                                     Thomas Puleo, Esquire
                                     Brian C. Nicholas, Esquire
                                     KML Law Group, P.C.
                                     701 Market Street, Suite 5000
                                     Philadelphia, PA 19106-1532
                                     (215) 825-6306  FAX (215) 825-6406