**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Brenkert, Dawn Maria aka Dawn M. Brenkert | CHAPTER 13 |
| Debtor(s) | BKY. NO. 13-13598 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Bank of America, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1371

        Respectfully submitted,

        **/s/Brian C. Nicholas, Esquire**
        Brian C. Nicholas, Esquire
        Thomas Puleo, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 825-6306  FAX (215) 825-6406