United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-13598-ref
Steven Christopher Brenkert                                           Chapter 13
Dawn Maria Brenkert
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR              Page 1 of 2              Date Rcvd: Feb 20, 2018
                             Form ID: 138NEW          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
```
db/jdb       +Steven Christopher Brenkert,   Dawn Maria Brenkert,    210 Burrell Boulevard,
               Allentown, PA 18104-9528
smg          +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
cr           +Parkland School District,   c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
               Norristown, PA 19404-3020
13032296     +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
13125610      American Express Centurion Bank,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13139555      American Express Travel Related Services,   Company, Inc.,    c o Becket and Lee LLP,   POB 3001,
               Malvern, PA 19355-0701
13426292     +BANK OF AMERICA, N.A.,   c/o JOSHUA ISAAC GOLDMAN,   KML Law Group, P.C.,    701 Market Street,
               Suite 5000,   Philadelphia, PA 19106-1541
13062196     #Bank of America, N.A.,   NC4-105-02-99,   PO Box 26012,   Greensboro, NC 27420-6012
13032297     +Bank of America, N.A.,   450 American St.,   Simi Valley, CA 93065-6285
13130651      Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13032298      Chase Cardmember Service,   P.O. Box 15153,   Wilmington, DE  19886-5153
13032299     +Comenity Bank/Bonton,   3100 Easton Square PL,   Columbus, OH 43219-6232
13032300     +Financial Recoveries,   P.O. Box 1388,   Mount Laurel, NJ 08054-7388
13677825     +Fulton Financial Corporation,   c/o Ann E. Swartz,   McCabe, Wesberg & Conway, P.C.,
               123 South Broad Street,   Suite 2080,   Philadelphia, PA 19109-1031
13032305     +M.A.Yeakel Sons, Inc.,   5334 Oakview Drive,   Allentown, PA 18104-9351
13032307     +Sears/CBNA,   PO Box 6282,   Sioux Falls, SD 57117-6282
13032309     +THe Home Depot,   P.O. Box 6497,   Sioux Falls, SD 57117-6497
13032308     +Target National Bank,   P.O. Box 660170,   Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          +E-mail/Text: robertsl2@dnb.com Feb 21 2018 02:08:08     Dun & Bradstreet, INC,
               3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 21 2018 02:07:52
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 21 2018 02:08:13     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr            E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:10:13     GE Capital Retail Bank,
               c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13096523     +E-mail/Text: bncmail@w-legal.com Feb 21 2018 02:08:07     ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13032302      E-mail/Text: cio.bncmail@irs.gov Feb 21 2018 02:07:41     Department of the Treasury - IRS,
               Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
13032301     +E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:10:01     GECRB/GAP,   PO Box 530942,
               Atlanta, GA 30353-0942
13032303      E-mail/Text: bnckohlsnotices@becket-lee.com Feb 21 2018 02:07:39     Kohl's,   P.O. Box 2983,
               Milwaukee, WI  53201-2983
13032304     +E-mail/Text: bankruptcy@fult.com Feb 21 2018 02:08:35     Lafayette Ambassador Bank,
               P.O. Box 25091,   Lehigh Valley, PA 18002-5091
13130190      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 21 2018 02:15:35
               Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13077962      E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2018 02:07:47
               Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
13093870      E-mail/Text: bnc-quantum@quantum3group.com Feb 21 2018 02:07:47
               Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13042541      E-mail/PDF: rmscedi@recoverycorp.com Feb 21 2018 02:10:02
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL  33131-1605
13032306      E-mail/PDF: gecsedi@recoverycorp.com Feb 21 2018 02:10:06     Sam's Club/GEMB,
               P.O. Box 530981,   Atlanta, GA  30353-0981
13052564     +E-mail/Text: bncmail@w-legal.com Feb 21 2018 02:08:07     TD BANK USA, N.A.,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13055322*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: IRS,   Internal Revenue Service,   Cincinnati, OH  45999-0039)
13346574*     Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
```

```
District/off: 0313-4           User: SaraR              Page 2 of 2           Date Rcvd: Feb 20, 2018
                               Form ID: 138NEW          Total Noticed: 36

13718168      ##+Parkland School District,   c/o James R. Wood, Esquire,   Portnoff Law Associates, Ltd.,
                1000 Sandy Hill Road, Suite 150,   Norristown, PA 19401-4181
                                                                                 TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2018 at the address(es) listed below:

              ALEXANDRA T. GARCIA    on behalf of Creditor    Fulton Financial Corporation ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Fulton Financial Corporation ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    FULTON BANK, N.A. ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Fulton Financial Corporation ecfmail@mwc-law.com
              CHARLES LAPUTKA    on behalf of Debtor Steven Christopher Brenkert claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              CHARLES LAPUTKA    on behalf of Joint Debtor Dawn Maria Brenkert claputka@laputkalaw.com,
               jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Parkland School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Steven Christopher Brenkert and Dawn Maria Brenkert

       Debtor(s)

Bankruptcy No: 13−13598−ref
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    400 Washington Street
    Suite 300
    Reading, PA 19601

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 2/20/18

45 − 43
Form 138_new