United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 13-13598-ref
Steven Christopher Brenkert Chapter 13
Dawn Maria Brenkert
 Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: SaraR Page 1 of 1 Date Rcvd: Feb 20, 2018
 Form ID: 212 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2018.
db/jdb +Steven Christopher Brenkert,   Dawn Maria Brenkert,   210 Burrell Boulevard,
 Allentown, PA 18104-9528

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

 ***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2018 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2018 at the address(es) listed below:
 ALEXANDRA T. GARCIA    on behalf of Creditor    Fulton Financial Corporation ecfmail@mwc-law.com
 ANN E. SWARTZ     on behalf of Creditor    Fulton Financial Corporation ecfmail@mwc-law.com,
   ecfmail@mwc-law.com
 BRIAN CRAIG NICHOLAS    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
   bkgroup@kmllawgroup.com
 CELINE P. DERKRIKORIAN    on behalf of Creditor    FULTON BANK, N.A. ecfmail@mwc-law.com
 CELINE P. DERKRIKORIAN    on behalf of Creditor    Fulton Financial Corporation ecfmail@mwc-law.com
 CHARLES    LAPUTKA    on behalf of Debtor Steven Christopher Brenkert claputka@laputkalaw.com,
   jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
 CHARLES    LAPUTKA    on behalf of Joint Debtor Dawn Maria Brenkert claputka@laputkalaw.com,
   jen@laputkalaw.com;mary@laputkalaw.com;dberger@laputkalaw.com
 FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
 JAMES RANDOLPH WOOD    on behalf of Creditor    Parkland School District jwood@portnoffonline.com,
   jwood@ecf.inforuptcy.com
 JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
 THOMAS I. PULEO    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
   bkgroup@kmllawgroup.com
 United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
 TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                                                           Chapter: 13

    Steven Christopher Brenkert and Dawn Maria Brenkert

Debtor(s)                                                                                     Case No: 13–13598–ref

---

*ORDER*

    AND NOW, 2/20/18 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☐ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☒ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

    If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

 

For The Court

Richard E. Fehling

Judge ,United States Bankruptcy Court